### 15181. GLENNVILLE BANK *v.* DeLOACH.

BLOODWORTH, J. Under the evidence in this case the court did not err for any reason alleged in any of the grounds of the motion for a new trial. Neither the charge that "any circumstance which would place a prudent man on his guard in purchasing a negotiable paper would be sufficient to constitute notice to a purchaser of such paper before it is due," nor the verdict, is without evidence to support it. The motion for a new trial was properly overruled.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED MARCH 6, 1924.

Trover; from city court of Reidsville—Judge Lanier. October 24, 1923.

*A. S. Way, E. C. Collins, J. T. Grice, Daniel & Durrence,* for plaintiff in error.

*P. M. Anderson, H. H. Elders,* conrta.